**Order entered March 13, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00858-CR

### JOSHUA RYAN FLANAGIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 32550CR

## ORDER

The reporter's record, **originally due September 17, 2019**, is overdue. On January 29, 2020, we ordered court reporter Julie Vrooman not to sit until the reporter's record was filed. Although Ms. Vrooman told the Clerk of this Court several weeks ago by telephone she had the record nearly completed, to date, the reporter's record still has not been filed.

This appeal cannot proceed without the reporter's record. Therefore, we **ORDER** the trial court to conduct a hearing no later than **March 27, 2020**, at

which Ms. Vrooman is present, to determine (1) why the reporter's record has not been filed, (2) the date it will be filed, and (3) what steps need to be taken to ensure the record is filed by that date.

The trial court shall make its findings concerning the reporter's record in writing. The findings shall be filed in a supplemental clerk's record no later than **March 30, 2020**. A supplemental reporter's record of the hearing shall also be filed no later than **March 30, 2020**.

Our order that Ms. Vrooman not sit as a reporter until she has filed the record remains in effect.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; Susan Spradling, Hunt County District Clerk; Julie Vrooman, official court reporter, 354th Judicial District Court; the Hunt County Auditor's Office and counsel for all parties.

We **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated when the supplemental records containing the trial court's findings are filed or when the Court deems it appropriate to do so.

.

/s/    CORY L. CARLYLE
       JUSTICE